COMPARET and Others *v.* THE STATE.—In error.

IF in a suit on a bond, there be a variance between the *Saturday, December 6.* date of the bond described in the declaration, and that of the bond produced on *oyer*, the variance is fatal. *Cooke* v. *Graham's* adm'r, 3 Cranch, 229.

---

DUDLEY *v.* FISHER.—In error.

A DEFENDANT, by appearing to a suit in a justice's *Monday, December 8.* Court and pleading in bar, waives all objections to the form of the process. *Rittenour* v. *M'Causland*, 5 Blackf. 540. *Wibright* v. *Wise*, 4 Blackf. 137, and note.